UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROMAINE GIVINGS
5404 Arlington Street
Philadelphia, PA 19131

v.

FLAGSHIP CONDOMINIUM ASSOCIATION
60 North Maine Avenue
Atlantic City, NJ 08401

And

FANTASEA RESORTS
60 North Maine Avenue
Atlantic City, NJ 08401

*Civil Action No.*

## NOTICE OF REMOVAL

Defendants, Flagship Condominium Association and Fantasea Resorts, by and through its attorneys, Campbell, Lipski & Dochney, hereby remove this action pursuant to 28 U.S.C. §1441(b) based upon jurisdiction pursuant to 28 USCA §1332 and in support thereof avers the following:

1. On November 29, 2018, Plaintiff, Romaine Givings, commenced this action by way of a Writ of Summons docketed in the Philadelphia County Court of Common Pleas under November 2018 Term, No. 03277. A true and correct copy of the Writ is attached hereto as Exhibit "A".

2. On December 6, 2018, Defendant, Flagship Condominium Association and FantaSea Resorts were served via certified mail with the Writ at their address of 60 North Maine Avenue, Atlantic City, New Jersey 08401. A true and correct copy of the Proofs of Service is attached hereto as Exhibit "B".

3. Plaintiff is a citizen and resident of the state of Pennsylvania, residing at 5404 Arlington Street, Philadelphia, Pennsylvania. (Exhibit "A").

4. Defendants, Flagship Condominium Association and FantaSea Resorts are business entities existing in New Jersey with a principal place of business located at 60 North Maine Avenue, Atlantic City, New Jersey 08401.

5. Upon information and belief, Plaintiff seeks compensation for personal injuries allegedly resulting from a premises fall accident that occurred on September 23, 2018, in the City of Atlantic City, New Jersey. See Exhibit C, a copy of Civil Cover Sheet.

6. Plaintiff demands damages in excess of fifty thousand dollars ($50,000.00). (Exhibit "C" – without admission thereto).

7. Upon information and belief, Plaintiff's damages recoverable may exceed the sum of $75,000.00 exclusive of interests and costs. Plaintiff's counsel has advised the undersigned verbally that Plaintiff suffered a fractured hip.

8. This matter is removable pursuant to 28 U.S.C.A. §1441(b) as there is complete diversity of citizenship between the parties. Plaintiff is a citizen of the state of Pennsylvania. Defendants, Flagship Condominium Association and FantaSea Resorts are business entities existing with a principal place of business in the state of New Jersey.

9. The removal of this matter from state to federal court is proper under 28 U.S.C.A. §1446 where the initial filing sets forth the claim for relief upon which the action is based and where the Writ was filed less than thirty (30) days prior to the date this Notice of Removal was filed.

10.     The named Defendants are represented by the undersigned. There are no other Defendants whose consent is necessary to removal of this action.

WHEREFORE, notice is hereby given of removal of the above matter from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

_____
Gerard F. Lipski, Esquire
Attorney I.D. 41600
CAMPBELL, LIPSKI & DOCHNEY
2000 Market Street – Suite 1100
Philadelphia, PA 19103
(215) 861-6700
Attorney for Defendants

## VERIFICATION

Gerard F. Lipski, hereby states that he is the attorney of record Defendants in this action and verifies that statements made in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

_____
Gerard F. Lipski, Esquire

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROMAINE GIVINGS
5404 Arlington Street
Philadelphia, PA 19131

v.

FLAGSHIP CONDOMINIUM ASSOCIATION
60 North Maine Avenue
Atlantic City, New Jersey 08401

And

FANTASEA RESORTS
60 North Maine Avenue
Atlantic City, New Jersey 08401

*Civil Action No.*

## CERTIFICATE OF SERVICE

I, Gerard F. Lipskil, Esquire, hereby certify that a true and correct copy of the within Notice of Removal of Defendants was served on all counsel of record at the below addresses on December 19, 2018 via facsimile:

Matthew L. Solomon, Esquire
Dion, Solomon
1801 Market Street, Suite 606
Philadelphia, PA 19103

Gerard F. Lipski, Esquire
Attorney I.D. 41600
CAMPBELL, LIPSKI & DOCHNEY
2000 Market Street – Suite 1100
Philadelphia, PA 19103
(215) 861-6700
Attorney for Defendants

# EXHIBIT A

**DION, SOLOMON & SHAPIRO L.L.C.**
By: MATTHEW L. SOLOMON, ESQUIRE
Identification No. 313588
Suite 606, Ten Penn Center
1801 Market Street
Philadelphia, PA 19103
(215) 561-0877
msolomon@dionsolomon.com

*Filed and Attested by the Office of Judicial Records 29 NOV 2018 03:00 pm*

Attorney for Plaintiff

| | |
|---|---|
| ROMAINE GIVINGS<br>5404 Arlington Street<br>Philadelphia, PA 19131<br>　　　　Plaintiff<br><br>　　　v.<br><br>FLAGSHIP CONDOMINIUM<br>ASSOCIATION<br>60 North Maine Avenue<br>Atlantic City, NJ 08401<br>　　and<br>FANTASEA RESORTS<br>60 North Maine Avenue<br>Atlantic City, NJ 08401<br>　　　　Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL DIVISION<br><br>NOVEMBER TERM, 2018<br><br>NO.: |

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons in the above captioned civil action.

　　　　　　　　　　　　　　　DION, SOLOMON & SHAPIRO, L.L.C.

　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　MATTHEW L. SOLOMON, ESQUIRE
　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: November 29, 2018

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| Romaine Givings<br>*Plaintiff*<br><br>vs.<br><br>Flagship Condominium Association, et al.<br>*Defendant* | COURT OF COMMON PLEAS<br><br>NOVEMBER Term, 20 18<br><br>No. |

To[1]

Flagship Condominium Association

Fantasea Resorts

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Romaine Givings

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By:

Date:

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 181103277

**Court of Common Pleas**

November _____ Term, 20 18

No. _____

Romaine Givings
*Plaintiff*

vs.

Flagship Condominium Association, et al.
*Defendant*

**SUMMONS**

Case ID: 181103277

# EXHIBIT B

**DION, SOLOMON & SHAPIRO L.L.C.**
By: MATTHEW L. SOLOMON, ESQUIRE
Identification No. 313588
Suite 606, Ten Penn Center
1801 Market Street
Philadelphia, Pa 19103
(215) 561-0877



Attorney for Plaintiff

| | |
|---|---|
| ROMAINE GIVINGS<br>　　　　Plaintiff | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL DIVISION |
| v. | NOVEMBER TERM, 2018 |
| FLAGSHIP CONDOMINIUM<br>ASSOCIATION, ET AL.<br>　　　　Defendants | No.: 3277 |

## AFFIDAVIT OF SERVICE

MATTHEW L. SOLOMON, ESQUIRE, being duly sworn accordingly to law deposes and says that on December 6, 2018, via regular and certified mail served upon Defendant, Flagship Condominium Association, a true and correct copy of the Writ of Summons and Plaintiff's Request for Production of Documents Directed to Defendant Flagship Condominium Association.

　　　　　　　　　　　　　　　　　　MATTHEW L. SOLOMON, ESQUIRE
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: December 10, 2018

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Flagship Condominium
Association
60 North Maine Avenue
Atlantic City, NJ 08401

9590 9402 3886 8060 9298 74

2. Article Number (Transfer from service label)

7017 2620 0000 0144 4750

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name): MaryEllen P.
C. Date of Delivery: 12/6/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 181103277

**DION, SOLOMON & SHAPIRO L.L.C.**
By: MATTHEW L. SOLOMON, ESQUIRE
Identification No. 313588
Suite 606, Ten Penn Center
1801 Market Street
Philadelphia, Pa 19103
(215) 561-0877

Filed and Attested by the
Office of Judicial Records
10 DEC 2018 11:15 am
MASCUILLI

Attorney for Plaintiff

| | |
|---|---|
| ROMAINE GIVINGS<br>Plaintiff<br><br>v.<br><br>FLAGSHIP CONDOMINIUM<br>ASSOCIATION, ET AL.<br>Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL DIVISION<br><br>NOVEMBER TERM, 2018<br><br>No.: 3277 |

### AFFIDAVIT OF SERVICE

MATTHEW L. SOLOMON, ESQUIRE, being duly sworn accordingly to law deposes and says that on December 6, 2018, via regular and certified mail served upon Defendant, Fantasea Resorts, a true and correct copy of the Writ of Summons and Plaintiff's Request for Production of Documents Directed to Defendant Fantasea Resorts.

_____
MATTHEW L. SOLOMON, ESQUIRE
Attorney for Plaintiff

DATED: December 10, 2018

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fantasee Resorts
60 North Maine Avenue
Atlantic City, NJ 08401

9590 9402 3886 8060 9298 67

2. Article Number (Transfer from service label)

7017 2620 0000 0144 4743

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Mary Ellen P.
C. Date of Delivery: 12/6/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 181103277

# EXHIBIT C

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
NOVEMBER 2018    003277
E-Filing Number: 1811059613

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROMAINE GIVINGS | FLAGSHIP CONDOMINIUM ASSOCIATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 5404 ARLINGTON STREET<br>PHILADELPHIA PA 19131 | 60 NORTH MAINE AVENUE<br>ATLANTIC CITY NJ 08401 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | FANTASEA RESORTS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 60 NORTH MAINE AVENUE<br>ATLANTIC CITY NJ 08401 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>NOV 29 2018<br>M. BRYANT | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES     NO |
|---|---|---|

TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROMAINE GIVINGS
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MATTHEW L. SOLOMON | 1801 MARKET STREET<br>SUITE 606<br>PHILADELPHIA PA 19103 |
| PHONE NUMBER: (215)561-0877 | FAX NUMBER: (215)561-3557 | |
| SUPREME COURT IDENTIFICATION NO.<br>313588 | E-MAIL ADDRESS<br>msolomon@dionsolomon.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>MATTHEW SOLOMON | DATE SUBMITTED<br>Thursday, November 29, 2018, 03:00 pm |

FINAL COPY (Approved by the Prothonotary Clerk)