UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMAINE GIVINGS<br><br>v.<br><br>FLAGSHIP CONDOMINIUM ASSOCIATION and FANTASEA RESORTS | *Civil Action No. 2:18-cv-05583-ER* |

## STIPULATION OF DISMISSAL

It is hereby stipulated among and between counsel for Plaintiff, Romaine Givings and counsel for Defendants, Flagship Condominium Associates and Fantasea Resorts that all claims against Defendants are hereby **DISMISSED** without prejudice.

_____
Michael L. Solomon, Esquire
Attorney I.D. 313588
DION, SOLOMON & SHAPIRO, L.L.C
Ten Penn Center
1801 Market Street, Suite 606
Philadelphia, PA 19103
215-561-0877

_____
Gerard F. Lipski, Esquire
Attorney I.D. 41600
CAMPBELL, LIPSKI & DOCHNEY
2000 Market Street – Suite 1100
Philadelphia, PA 19103
(215) 861-6700
Attorney for Defendants